**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CLIFTON ROBERT FORD,

Plaintiff,

v. No. 2:25-cv-0584 DHU-JHR

JAMES BOWMAN, STEVEN E. BOYLE,
KARL MELTON, and LAURA WHITESIDE,

Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on United States Magistrate Judge Jerry H. Ritter's September 23, 2026, Proposed Findings and Recommended Disposition ("PFRD"), which recommended that Plaintiff's Amended Complaint [Doc. 30] and his Request for Immediate Injunction [Doc. 33] be dismissed without prejudice for lack of subject matter jurisdiction. [Doc. 34]. The PFRD notified the parties of their ability to file objections within fourteen (14) days. [*Id.*] Having reviewed the PFRD and noting that the parties have filed no objections to it, the Court concurs with the PFRD.[1]

**IT IS THEREFORE ORDERED** that

(1) the PFRD [Doc. 34] is **ADOPTED** and

(2) Plaintiff's Amended Complaint [Doc. 30] and his Request for Immediate Injunction [Doc. 33] are **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE

[1] "A party's objections to [a PFRD] must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *U.S. v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The parties' failure to timely object to the PFRD thus waives appellate review of both factual and legal questions. *In re Key Energy Res. Inc.*, 230 F.3d 1197, 1199–1200 (10th Cir. 2000); *One Parcel of Real Prop.*, 73 F.3d at 1059.